IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>CELESTE G. BROUGHTON,<br><br>      Debtor. | )<br>)<br>)<br>) | No. 5:15-CV-460-BO |
| IN RE:<br>CELESTE G. BROUGHTON,<br><br>      Debtor. | )<br>)<br>)<br>) | No. 5:15-CV-538-BO |
| IN RE:<br>CELESTE G. BROUGHTON,<br><br>      Debtor. | )<br>)<br>)<br>) | No. 5:15-CV-575-BO |

## **O R D E R**

This matter is before the Court on appellant Celeste Broughton's motions for leave to proceed *in forma pauperis*, motion to correct procedural matter, motion requesting entry of order, motion requesting one bankruptcy appeal case number, and motions for extensions of time.

Because each order on appeal in these three cases was filed in the same underlying bankruptcy proceeding, No. 14-07268-5-CRA, the Court in its discretion CONSOLIDATES these actions for purposes of briefing and ruling on appeal. All future filings related to these appeals shall be made in case 5:15-CV-575-BO.

Appellant's motions to proceed *in forma pauperis* are GRANTED. Appellant's motions for extension of time to file list of documents and to file appellate brief are GRANTED. The complete record on appeal shall be filed in this matter not later than May 15, 2016. Appellant

shall file her brief not later than June 15, 2016. Appellees shall file their brief not later than July 15, 2016.

Appellant's remaining motions to correct procedural matter, requesting entry of an order, and requesting one case number are denied as moot. The clerk is directed to enter the notice of appeal docketed in cases 5:15-CV-460-BO and 5:15-CV-538-BO in case 5:15-CV-575-BO and to remove cases 5:15-CV-460-BO and 5:15-CV-538-BO from the Court's active docket. The clerk is further directed to add Estate of Robert Broughton as an appellee in case 5:15-CV-575-BO. This order shall be entered in each of the above-captioned cases.

SO ORDERED, this _13_ day of April, 2016.

Terrence W. Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE